

FILED
DEC 27 2019
DOUGLAS L. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____DEPUTY

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Oklahoma

In re  Michael Shane Alley; aka Michael Alley
Melinda Denise Alley,
aka Melinda Alley; aka Melinda Denise Wheatley

Case No. 18-12377

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Onyx & Shadow Equities, LLC | Capital Income and Growth Fund, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  MFT RE Holdings
  5242 Port Royal Rd #1785
  Springfield, VA 22151

Phone: _____
Last Four Digits of Acct #: ____5330____

Court Claim # (if known): ____11-1____
Amount of Claim: ____$13,455.75____
Date Claim Filed: ____08/23/2018____

Phone: _____
Last Four Digits of Acct. #: ____0684____

Name and Address where transferee payments should be sent (if different from above):
  Allied Servicing Corporation
  PO Box 13245
  Spokane Valley, WA 99213
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___
    Transferee/Transferee's Agent

Date: 12/23/2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.